UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EMILIA BEATRIZ ARGUETA MELENDEZ,
An individual,

    Plaintiff,

CASE NO. 2018-4540-CC-24

Vs

USA ORCHATA INC a/k/a LA CASITA
SALVADORENA, a corporation,
SALOME Y BONILLA, an individual,
SANTIAGO CHAVEZ, an individual,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants USA ORCHATA INC a/k/a La Casita Salvadorena, SALOME Y BONILLA, and SANTIAGO CHAVEZ, (collectively referred to as "Defendants") by and through their undersigned attorneys, file this Notice of Removal, to remove the foregoing cause from the County Court in and for Miami Dade County, Florida to the United States District Court for the Southern District of Florida, and respectfully shows this Court the following:

## STATEMENTS OF THE GROUNDS FOR REMOVAL

The basis of this removal is that the Plaintiff's cause of action arises under The Fair Labor Standards Act ("FLSA"), as amended 29 U.S.C. § 201, et.seq., and that this Court thus has jurisdiction pursuant to 28 USC §1331and has supplemental jurisdiction over state claims under 28 U.S.C. §1367.

## STATEMENTS APPLICABLE TO REMOVAL

1. A civil action was commenced in County Court of the 11th Judicial District In and For Dade County, Florida, styled EMILIA BEATRIZ ARGUETA MELENDEZ, an individual v. USA ORCHATA INC a/k/a LA CASITA SALVADORENA, a corporation, SALOME Y BONILLA, an individual, SANTIAGO CHAVEZ, an individual, Case No. 2018-4540-CC-24. Defendant USA ORCHATA, INC received notice of this action on January 7, 2019 when it was served with a copy of the Summons and Complaint, which constituted the initial pleading in this action against this corporate Defendant. Individual Defendants SALOME Y BONILLA, and SANTIAGO CHAVEZ received notice of this action January 9, 2019 when they were served with a copy of the Summons and Complaint, which constituted the initial pleading in this action against these individual Defendants. Pursuant to 28 USC §1446(a), true and correct copies of all process and pleadings filed in this action are attached hereto as **Composite Exhibit "A."**

2. This case involves a civil action for alleged violation of overtime and minimum wage violations.

3. Defendants seek removal to the Southern District of Florida, the District in which the County Court action is now pending.

4. This Notice of Removal is filed within Thirty (30) days of service of process of the Complaint and Summons on Defendants, and is accordingly timely filed.

5. Following the filing of this Notice of Removal with the Court, written notice of the filing of the same will be provided to the attorney for the Plaintiff, as required by law.

6. Following the filing of this Notice of removal with the Court, a true and accurate copy of the same will be filed with the Clerk of the County Court in and for Dade County, Florida as required by law.

7. Pursuant to 28 USC §1446(a) attached to this Notice of Removal as Composite Exhibit "A" are true, correct and legible copies of all process, pleadings, orders and other papers or exhibits of every kind on file with the State Court in this action.

8. No previous application for relief sought herein has been made to this Court or to any other Court.

WHEREFORE, for the foregoing reasons the Defendants USA ORCHATA INC a/k/a LA CASITA SALVADORENA, a corporation, SALOME Y BONILLA, an individual, SANTIAGO CHAVEZ, an individual, file this, their Notice of Removal.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing to: nstar.zidellpa@gmail.com to: Natalie Staroschak, Esq of J.H. Zidell, PA, 300-71st Street, Suite 605, Miami Beach, FL 33141, on this 5th day of February 2019.

/s/ Z. Suzanne Arbide, Esq.
Z.SUZANNE ARBIDE, ESQ.
Florida Bar No. 151520
Law Offices of Glantz & Glantz, P.A.
7951 S.W. 6th Street, Suite 200
Plantation, Florida 33324
Telephone No. (954) 424-1200
litigation@glantzlaw.com